**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**MARYLAND CASUALTY CO. et al.**                                            **PLAINTIFFS**

**v.**                              **CASE NO. 4:11CV00736 BSM**

**PRECISION PACKAGING INC. et al.**                                       **DEFENDANTS**

**ORDER**

For purposes of clarification of the February 18, 2014, order [Doc. No. 58], plaintiffs' motion for extension of time [Doc. No. 57] is granted. The deadline to file summary judgment motions is extended seven days, to February 27, 2014.

IT IS SO ORDERED this 19th day of February 2014.

_____
UNITED STATES DISTRICT JUDGE